JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ciara Monique  Guerra-Macias,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:19-CV-01372<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 26, 2020 to July 27, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time, but first request for this task. Good cause exists for this request.  Due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff. The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed

under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

Respectfully submitted,

Dated: June 16, 2020					PENA & BROMBERG, ATTORNEYS AT LAW


							By: /s/ Jonathan Omar Pena
							    JONATHAN OMAR PENA
							    Attorneys for Plaintiff


Dated: June 16, 2020				    	MCGREGOR W. SCOTT
							United States Attorney
							DEBORAH LEE STACHEL
							Regional Chief Counsel, Region IX
							Social Security Administration


							By:  */s/ Ben A Porter
							    Ben A Porter
							    Special Assistant United States Attorney
							    Attorneys for Defendant
							    (*As authorized by email on June 16, 2020)

### ORDER

Pursuant to the parties' above stipulation, for good cause shown, Plaintiff shall file and serve her opening brief by no later than July 27, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:    **June 16, 2020**				/s/ Sheila K. Oberto
							UNITED STATES MAGISTRATE JUDGE

2