# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ciara Monique Guerra-Macias,<br><br>  Plaintiff,<br><br>vs.<br><br>Andrew Saul, COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:19-cv-01372-SKO<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. 20) |

Upon consideration of Plaintiff's Motion for Extension of Time, for good cause shown and in the absence of any prejudice to the defendant (*see* Fed. R. Civ. P. 16(b)(4)), it is ORDERED that the Plaintiff is hereby allowed an extension of time, until August 3, 2020, to file Plaintiff's Opening Brief. All other deadlines in the Scheduling Order (Doc. 5) are extended accordingly.

IT IS SO ORDERED.

Dated:   **July 27, 2020**                          /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE

1